**Motion Granted; Appeal Reinstated, Trial Court's Judgment Set Aside without Regard to the Merits, Case Remanded to the Trial Court for Rendition of Judgment in Accordance with the Parties' Agreement to Settle, and Memorandum Opinion filed October 27, 2022**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00236-CV

## WARRIOR ENERGY SERVICES CORP., Appellant

## V.

## OILFIELD SPECIALTIES, LLC; DONALD V. UMPHRIES; AND GABOR P. WILLIGER, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-46881**

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 1, 2020. On motion of appellant Warrior Energy Services Corp., this court abated the appeal on October

1

26, 2021. On October 11, 2022, the parties filed a joint motion to (1) reinstate the appeal and (2) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement to settle. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion.

We reinstate the appeal. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. (a)(2)(B).

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.